IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVAN CAVERHILL, DONALD RIKER, and JOSEPH LUJAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, MCDONNELL DOUGLAS CORPORATION, VOUGHT AIRCRAFT INDUSTRIES, INC., TODD SHIPYARD CORPORATION, and DOES 1–300,<br><br>    Defendants.<br>_____/ | No. C 05-04510 WHA<br><br>**ORDER GRANTING EXTENSION OF INITIAL DISCLOSURES DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The joint motion and stipulation of the parties having been considered, the Court **GRANTS** an extension of the initial disclosures deadlines to and including **MARCH 2, 2006**. The Court further **CONTINUES** the case management conference, currently set for February 9, 2006, to **MARCH 2, 2006, AT 11:00 A.M.** The parties' joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: January 17, 2006.

                                                                WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE