IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVAN CAVERHILL, DONALD RIKER, and JOSEPH LUJAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL ELECTRIC CO., McDONNELL DOUGLAS CORP., VOUGHT AIRCRAFT INDUSTRIES, INC., TODD SHIPYARD CORP. and DOES 1–300,<br><br>    Defendants.<br>                                        / | No. C 05-04510 WHA<br><br>**ORDER CONTINUING CASE DEADLINES AND HEARING DATE** |

     Given plaintiff Joseph Lujan's death, deadlines in this case are moved forty-two days later. Initial disclosures will be due **APRIL 13, 2006**. The case management conference will be **APRIL 13, 2006, AT 11:00 A.M.** The parties' joint case management statement is due seven days prior. The last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference will be **MARCH 2, 2006**. The last day to meet and confer on initial FRCP 26(f) disclosures, early settlement, ADR process selection and discovery plan will be **MARCH 2, 2006**. The pending motion to dismiss will be heard **MAY 11, 2006**.

    **IT IS SO ORDERED.**

Dated: January 19, 2006

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE