ORIGINAL

FILED

06 DEC 20 PM 3:56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  Jed P. White, California Bar No. 232339
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:  (310) 576-2100
4  Facsimile:  (310) 576-2200

5  Attorneys for Defendant
   McDONNELL DOUGLAS CORPORATION

6
   **BRAYTON PURCELL LLP**
7  Alan R. Brayton, California Bar No. 73685
   David R. Donadio. California Bar No. 154436
8  222 Rush Landing Road
   Novato, California 94948-6169
9  Telephone:  (415) 898-1555
   Facsimile:  (415) 898-1247
10
   Attorneys for Plaintiffs
11
## UNITED STATES DISTRICT COURT
12
## EASTERN DISTRICT OF PENNSYLVANIA
13
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION NO. 875

| | |
|---|---|
| SYBOL ROBERTSON, Individually, as Wrongful Death Heir, and as Successor-in-Interest to BILLY RAY ROBERTSON, Deceased; and ERIK ROBERTSON, KAREN ATWELL, and FREDA KROLL, as Legal Heirs of BILLY RAY ROBERTSON, Deceased;, <br><br> Plaintiff, | Case No.  C 05-01515 PJH <br> USDC ND California |
| ROGER HENRY; <br><br> Plaintiff, | Case No.  C 05-3106 WHA ✓ <br> USDC ND California |
| JOSEPH LUJAN; <br><br> Plaintiff, | Case No.  C 05-4510 WHA <br> USDC ND California |
| FRED ALEXANDER, JR.; <br><br> Plaintiff, | Case No.  C 05-4945 MJJ <br> USDC ND California |
| JOSHUA DEROSETT; <br><br> Plaintiff. | Case No.  C 05-1461 MJJ <br> USDC ND California |
| vs. | **STIPULATION FOR DISMISSAL** |

SM01:615907

DISMISSALS

| | |
|---|---|
| 1 | McDONNELL DOUGLAS CORPORATION, et al., |
| 2 | Defendant. |

3  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the
4  Plaintiffs in the above-captioned actions and Defendant McDonnell Douglas Corporation
5  hereby stipulate to the dismissal of McDonnell Douglas Corporation from these actions
6  with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: 11/16/06

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JED P. WHITE

By: _____
Robert E. Boone III
Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

Dated: 10/26/6

**BRAYTON PURCELL LLP**
ALAN R. BRAYTON
DAVID R. DONADIO

By: _____
Alan R. Brayton
Attorneys for Plaintiffs

### ORDER

**IT IS HEREBY ORDERED** that MCDONNELL DOUGLAS CORPORATION is dismissed with prejudice from the above-entitled actions.

Dated: 12/4, 2006

_____
James T. Giles, Judge
United States District Court for the
Eastern District of Pennsylvania

SM01:615907

2

DISMISSALS