**United States District Court**
For the Northern District of California

1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  CAVERHILL ET AL,                          No.  CV 05-04510 WHA

9           Plaintiff,                       **ORDER**

10    v.

11 GENERAL ELECTRIC COMPANY ET AL,

12          Defendant.
                                        /
13

14 GOOD CAUSE APPEARING THEREFOR,

15      IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

16 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17 bear the **initials CRB** immediately after the case number. All hearing dates presently scheduled are

18 vacated and motions should be renoticed for hearing before the judge to whom the case has been

19 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22 Civ. P. 72(b).

23

24                                FOR THE EXECUTIVE COMMITTEE:

25

26 Dated:  September 25, 2012

                                  Richard W. Wieking
27 rev 4-12                       Clerk of Court

28