BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVAN CAVERHILL, *et al.*,

        Plaintiffs,

vs.

GENERAL ELECTRIC COMPANY, *et al.*,

        Defendants

_____

In Re:  Plaintiff ERLINDA RIKER

_____

No. 3:05-cv-04510-CRB

**ORDER GRANTING PARTIES'
DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT GENERAL
ELECTRIC COMPANY**

        PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant

GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41

of the Federal Rules of Civil Procedure.

Dated:  NOV 2 2 2013

By:
Charles R. Breyer
United States District Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL
ELECTRIC COMPANY